IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02301-TPO

DAOUDA WONE,

Petitioner,

v.

JUAN BALTAZAR,
Warden of Denver Contract Detention Facility;
NATHAN RASPER,
Acting Field Office Director, Denver Field Office,
Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary, Department of Homeland Security; and
TODD BLANCHE,
U.S. Attorney General;

in their official capacities,

Respondents.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 9, 2026**

This Court had granted Petitioner habeas corpus relief and had ordered the Respondents to conduct a bond hearing. ECF 14. The Respondents held the bond hearing but denied Petitioner bond. Petitioner then filed a Motion to Enforce [ECF 16] arguing that Respondents did not comply with the Court's Order. Petitioner seeks relief in the form of immediate release. This Court set a hearing on Petitioner's Motion to Enforce. ECF 19.

Respondents now ask to vacate the Motion Hearing. ECF 22. Respondents no longer oppose Petitioner's request for immediate release. Respondents contend that the Motions Hearing therefore is moot. (Although Petitioner agrees with his release, Petitioner takes no position on whether the Motion Hearing should be vacated.)

In light of Respondents' agreement to immediate release, the Motion to Enforce [ECF 16] is **granted**.

**Respondents shall release Petitioner as soon as practicable but no later than November 12, 2026.** Respondents shall impose no conditions of release beyond what was in place before they detained Petitioner on May 11, 2026.

The Parties shall file a Status Report **by November 16, 2026**, certifying compliance with this Order and confirming Petitioner's release. Assuming that Petitioner is released as ordered, the Court will close the case.

Respondents' Motion to Vacate Hearing [ECF 22] is **granted**. The Motion Hearing on November 10, 2026 is **vacated**.